IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE **Dohnal**   DATE: **12-21-11**

CASE NO. **3:11CR292**   INTERPRETER ___—___

Tape NO. **FTR**

U.S. v. **David Whitaker**

Counsel for Government   **Erik S. Siebert**

Counsel for Defendant(s)   **W/O**

WITNESSES: _____

PROCEEDINGS:   INITIAL APPEARANCE ✓   DETENTION HEARING ___

- ___ Govt's motion to unseal indictment, granted
- ✓ ARREST DATE **12-21-11**
- ✓ Court summarized charges
- ✓ Court advises of deft's Rule 5 rights
- ✓ Financial Affidavit submitted for approval
- ✓ CJA counsel to be appointed
- ___ Deft. to retain counsel
- ___ Govt's motion to detain deft. ___granted ___denied
- ___ Deft requests continuance to prepare for detention hearing
- ___ Govt. requests continuance to prepare for detention hearing
- ✓ Detention hearing set for **Dec. 27, 2011 @ 10:00**
- ✓ Order of Temporary Detention pending hearing
- ___ Govt. adduced evidence, rested
- ___ Deft. adduced evidence, rested
- ___ Arguments heard
- ___ Findings stated from the bench

MJ FORM 2

_____   Order of Detention Pending Trial
             Court: Orders bond set at _____

- _____ Residence/travel restricted to EDVA
- _____ Pretrial Supervision
- _____ No drugs, firearms, alcohol
- _____ Maintain/seek employment
- _____ Avoid contact with potential witnesses, victims, etc.
- _____ substance abuse testing and treatment; pay costs
- _____ Electronic monitoring; pay costs
- _____ 3rd party custodian
- _____ Maintain contact with attorney
- _____ Surrender passport   _____ obtain no passport
- _____ If deft pleads guilty or found guilty report to PO
- _____ May report to AUSA as long as attorney is present
- _____ Remain inside and may only leave with approval of Pretrial
- _____ Additional conditions:

_Deft. remanded to custody._

Case set: 11:15   Case called: 11:13   Case ended: 11:17   Total: :4